IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michelle Llaneza,

    Plaintiff,

  v.                            Case No. 2:15-cv-2437

Commissioner of
Social Security,

    Defendant.

ORDER

    This matter is before the court for consideration of the July 29, 2016, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the plaintiff's statement of errors be overruled and that the decision of the Commissioner be affirmed.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 21, p. 26. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

    The court adopts the report and recommendation of the magistrate judge (Doc. 21). The plaintiff's statement of errors is overruled, and the Commissioner's decision is affirmed. The clerk is directed to enter judgment in favor of the Commissioner of Social Security.

It is so ordered.

Date: August 18, 2016         <u>     s/James L. Graham    </u>
                                              James L. Graham
                                              United States District Judge